IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 7:19-CR-00102 |
| | : |
| AARON LEE WOODS | |

## STATEMENT OF FACTS

This Agreed Statement of Facts briefly summarizes the facts and circumstances surrounding the criminal conduct at issue in this case. It does not contain all of the information obtained during the investigation and applicable to an accurate Presentence Investigation Report and Sentencing Guidelines Calculation.

In or about October 2018, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) opened an investigation into drug distribution and violent crime involving Aaron Lee Woods and his associates. The ATF investigation was opened after a shooting incident on July 10, 2018, at 1642 Eastern Avenue, in Roanoke, Virginia, resulting in the death of an individual, J.A.

During the course of the investigation, agents learned that Woods, Harvey and others were responsible from late 2017 through approximately August 2019 for working with one another to sell large quantities of marijuana in and around the Roanoke Valley. They did so by operating primarily out of Woods' residence located at 1642 Eastern Avenue, in Roanoke, Virginia, where Woods and his associates lived in the early part of 2018. According to several witnesses, marijuana customers would stream in and out of the Eastern Avenue residence during the daylight and evening hours, serviced by Woods, Harvey and others. In post-Miranda interviews following their arrests in this case, both Woods and Custer acknowledged selling collectively more than 100 kilograms of marijuana during the course of the conspiracy. Guns were present during times when this drug activity was occurring.

The drug activity culminated in a shooting incident during the evening hours of July 10, 2018. According to witnesses, three individuals, including J.A., arrived in a single vehicle during the afternoon of July 10 for the purpose of acquiring marijuana at the Eastern Avenue residence. There was a tense verbal exchange when the trio arrived, during which there appeared

to be mistrust between the parties about the intended marijuana transaction. The transaction was unsuccessful, and the purchasers left without the marijuana for which they had come.

They came back later, at around 9:45 pm. Security footage from a nearby residence depicts J.A.'s vehicle arriving at Eastern Avenue with headlights extinguished upon approach. According to witnesses, a brick or other object then came into the living room through the front plate glass window. Woods, Harvey and others were shooting from the residence as individuals associated with J.A's vehicle returned fire. Woods has acknowledged that he discharged a firearm during this incident.

The foregoing acts occurred within the Western District of Virginia.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

*/s/ Charlene R. Day*

Kari K. Munro
Assistant United States Attorney
Virginia Bar #65770
United States Attorney's Office
Post Office Box 1709
Roanoke, Virginia 24008-1709
TEL (540) 857-2250


I have reviewed this Statement of Facts with my attorney and agree that it is true and accurate. Signed:

*Aaron Woods*
Aaron Lee Woods

*James Turk*
James Turk, Esq.
Counsel for Defendant