



# ROANOKE POLICE DEPARTMENT

## Measurement Data Log

| | | | |
|---|---|---|---|
| File Number | 18-076345 | Scene Measured By | B.N. KOSKO |
| Incident Date/Time | 10-Jul-2018 09:50 PM | ID Number (measured by) | 0650 |
| Incident Location | 1642 EASTERN AVE NE | Scene Assisted By | |
| Date Measured On | 11-Jul-2018 | ID Number (assisted by) | |
| Weather Description | Clear | Reference Point Description | MANHOLE COVER |
| Road Description | Asphalt - Dry | Secondary Reference Point | |
| | | Visibility Description | Unlimited |

Narrative

| Point | X | Y | Z | Description |
|---|---|---|---|---|
| 1 | 0.0000 | 0.0000 | 0.0000 | RP |
| 2 | -25.7808 | -22.8446 | -1.2294 | EDGEOF |
| 3 | -238.8274 | -205.7364 | -11.5395 | EDGEOF |
| 4 | 88.7887 | 80.5322 | 4.1931 | EDGEOF |
| 5 | -231.6663 | -233.8895 | -12.4197 | EDGEOF |
| 6 | 128.4263 | 75.2970 | 4.4120 | EDGEOF |
| 7 | 49.9755 | 3.6225 | 1.3867 | DRIVEW |
| 8 | 49.7239 | 2.6228 | 1.4631 | DRIVEW |
| 9 | 50.5426 | 0.8185 | 1.5660 | DRIVEW |
| 10 | 70.9445 | -23.6135 | 2.9478 | DRIVEW |
| 11 | 95.5549 | -1.8626 | 4.0300 | DRIVEW |
| 12 | 88.9447 | -44.3112 | 4.7397 | DRIVEW |
| 13 | 50.4551 | -41.3890 | 2.5488 | DRIVEW |
| 14 | 29.0233 | -16.7669 | 0.5055 | DRIVEW |
| 15 | 28.0388 | -16.4960 | 0.3989 | DRIVEW |
| 16 | 26.7246 | -16.5888 | 0.2854 | DRIVEW |
| 17 | 25.5112 | -62.6000 | 0.5406 | DRIVEW |
| 18 | 5.0797 | -37.7498 | -0.7083 | DRIVEW |
| 19 | 4.6030 | -36.7226 | -0.6946 | DRIVEW |
| 20 | 4.8364 | -35.4920 | -0.6948 | DRIVEW |
| 21 | 7.1672 | -57.8962 | -0.2291 | DRIVEW |
| 22 | -4.1432 | -45.7601 | -1.1968 | DRIVEW |
| 23 | -5.1566 | -45.1620 | -1.3457 | DRIVEW |
| 24 | -6.5168 | -45.3089 | -1.3658 | DRIVEW |
| 25 | -15.2943 | -50.3440 | -1.9195 | 019 |

Printed from SmartRoad 4.5

USAO_056320

| Point | X | Y | Z | Description |
|---|---|---|---|---|
| 68 | -11.9679 | -58.5912 | -2.2065 | veh 1 |
| 69 | -16.2660 | -54.1458 | -1.9460 | veh 1 |
| 70 | -32.6491 | -65.2737 | -2.6589 | veh 1 |
| 71 | -28.9379 | -70.2473 | -2.6784 | veh 1 |
| 72 | -20.8688 | -63.9477 | -2.4680 | veh 1 |
| 73 | -24.6713 | -59.1921 | -2.3855 | veh 1 |
| 74 | 46.8456 | 31.8794 | 2.2352 | GOUGE |
| 75 | 21.9361 | 7.9443 | 0.9701 | GOUGE |
| 76 | 48.0608 | 36.0214 | 2.3718 | GOUGE |
| 77 | 25.9833 | 13.4341 | 1.1624 | GOUGE |
| 78 | -24.0000 | -20.0751 | -0.9329 | EDGEOF |
| 79 | -25.5397 | -17.1036 | -0.3312 | EDGEOF |
| 80 | -28.6553 | -15.3962 | 0.7092 | EDGEOF |
| 81 | -31.7584 | -15.1319 | 1.5347 | EDGEOF |
| 82 | -36.7948 | -15.8643 | 2.6637 | EDGEOF |
| 83 | -41.6293 | -16.9756 | 3.5728 | EDGEOF |
| 84 | -45.2127 | -18.0101 | 4.2614 | EDGEOF |
| 85 | -49.8372 | -19.6537 | 5.0476 | EDGEOF |
| 86 | -56.0961 | -22.3690 | 6.0710 | EDGEOF |
| 87 | -62.1275 | -25.9832 | 7.0802 | EDGEOF |
| 88 | -76.2511 | -36.5016 | 8.4381 | EDGEOF |
| 89 | -215.8342 | -149.9466 | 7.6101 | EDGEOF |
| 90 | -219.8853 | -137.3181 | 8.0949 | EDGEOF |
| 91 | -81.7009 | -18.5703 | 8.9613 | EDGEOF |
| 92 | -71.8217 | -12.0063 | 8.5224 | EDGEOF |
| 93 | -63.9207 | -10.2210 | 7.3390 | EDGEOF |
| 94 | -20.3624 | -2.1187 | 0.8373 | EDGEOF |
| 95 | -205.5532 | -120.2760 | 8.3970 | EDGEOF |
| 96 | -179.6786 | -98.1901 | 8.6278 | EDGEOF |
| 97 | 0.0000 | 0.0000 | 0.0000 | |

Printed from SmartRoad 4.5

USAO_056321

## SmartRoads Raw Data Import

File type: mFX Scene File

```
JB,NM18-076345(v1.6.3665),DT07-11-2018,TM15:09:30
MO,AD0,UN0,SF1,EC1,EO0.000000,AU0
SP,PN1,N 0.000000,E 0.000000,EL0.000000,--RP
OC,OP1,N 0.000000,E 0.000000,EL0.000000,--RP
BK,OP1,BP0,BS0.00000,BC0.00000
LS,HI5.300000,HR6.000000
SS,OP1,FP2,AR228.27200,ZE90.52500,SD34.450000,--EDGEOF
SS,OP1,FP3,AR229.15250,ZE91.58100,SD315.410000,--EDGEOF
SS,OP1,FP4,AR47.47300,ZE87.39450,SD119.970000,--EDGEOF
SS,OP1,FP5,AR224.43350,ZE92.02200,SD329.410000,--EDGEOF
SS,OP1,FP6,AR59.37000,ZE88.01600,SD148.960000,--EDGEOF
SS,OP1,FP7,AR85.51150,ZE87.36550,SD50.150000,--DRIVEW
SS,OP1,FP8,AR86.58500,ZE87.30450,SD49.840000,--DRIVEW
SS,OP1,FP9,AR89.04200,ZE87.25600,SD50.600000,--DRIVEW
SS,OP1,FP10,AR108.24350,ZE87.12250,SD74.860000,--DRIVEW
SS,OP1,FP11,AR91.07000,ZE87.10000,SD95.690000,--DRIVEW
SS,OP1,FP12,AR116.28550,ZE86.51600,SD99.520000,--DRIVEW
SS,OP1,FP13,AR129.21450,ZE87.08600,SD65.340000,--DRIVEW
SS,OP1,FP14,AR120.00550,ZE87.56250,SD33.540000,--DRIVEW
SS,OP1,FP15,AR120.28100,ZE88.03550,SD32.550000,--DRIVEW
SS,OP1,FP16,AR121.49450,ZE88.12200,SD31.470000,--DRIVEW
SS,OP1,FP17,AR157.49400,ZE88.56550,SD67.610000,--DRIVEW
SS,OP1,FP18,AR172.20100,ZE90.00450,SD38.090000,--DRIVEW
SS,OP1,FP19,AR172.51200,ZE89.59300,SD37.010000,--DRIVEW
SS,OP1,FP20,AR172.14250,ZE89.59300,SD35.820000,--DRIVEW
SS,OP1,FP21,AR172.56350,ZE89.32150,SD58.340000,--DRIVEW
SS,OP1,FP22,AR185.10250,ZE90.37100,SD45.950000,--DRIVEW
SS,OP1,FP23,AR186.30500,ZE90.48500,SD45.460000,--DRIVEW
SS,OP1,FP24,AR188.11050,ZE90.50000,SD45.780000,--DRIVEW
SS,OP1,FP25,AR196.53550,ZE91.19400,SD52.630000,--EVIDEN
SS,OP1,FP26,AR209.36050,ZE91.36100,SD79.550000,--EVIDEN
SS,OP1,FP27,AR220.01500,ZE91.50050,SD177.140000,--EVIDEN
SS,OP1,FP28,AR225.58450,ZE91.51100,SD187.850000,--EVIDEN
SS,OP1,FP29,AR229.02200,ZE91.54300,SD188.670000,--EVIDEN
SS,OP1,FP30,AR223.49600,ZE91.52450,SD200.840000,--EVIDEN
SS,OP1,FP31,AR226.38550,ZE91.51600,SD231.930000,--EVIDEN
SS,OP1,FP32,AR223.49250,ZE91.51400,SD204.890000,--EVIDEN
SS,OP1,FP33,AR128.55000,ZE86.53250,SD71.810000,--EVIDEN
SS,OP1,FP34,AR47.58100,ZE87.18250,SD80.420000,--VEHICL
SS,OP1,FP35,AR43.46600,ZE86.26450,SD77.660000,--VEHICL
SS,OP1,FP36,AR41.07250,ZE85.35150,SD86.450000,--VEHICL
SS,OP1,FP37,AR44.49100,ZE86.39050,SD89.570000,--VEHICL
SS,OP1,FP38,AR50.59100,ZE87.20150,SD85.560000,--EVIDEN
SS,OP1,FP39,AR48.12400,ZE87.16300,SD83.470000,--EVIDEN
SS,OP1,FP40,AR49.33400,ZE87.18300,SD87.230000,--EVIDEN
SS,OP1,FP41,AR47.37450,ZE87.18450,SD86.360000,--EVIDEN
SS,OP1,FP42,AR49.29050,ZE87.20250,SD87.630000,--EVIDEN
SS,OP1,FP43,AR48.54500,ZE87.20250,SD86.580000,--EVIDEN
SS,OP1,FP44,AR48.56200,ZE87.20300,SD87.670000,--EVIDEN
SS,OP1,FP45,AR48.59050,ZE87.21600,SD88.160000,--EVIDEN
SS,OP1,FP46,AR49.14300,ZE87.20350,SD87.930000,--EVIDEN
```